AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

V.

Jose Luis Garcia

**WAIVER OF INDICTMENT**

CASE NUMBER: 08mj1243

I, _____Jose Luis Garcia_____ , the above named defendant, who is accused of

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 12, 2008_____ prosecution by indictment and consent that the pro-
                                Date
ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd